IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 03-38577-H2-13 |
| EDILIA ARIZABALO, | § § § | CHAPTER 13 |
| Debtor | § | |
| _____ | § | |
| EDILIA ARIZABALO, | § § | |
| Appellant, | § § | |
| v. | § § | CIVIL ACTION NO. H-04-4764 |
| EMMETT JONES, | § § | |
| Appellee. | § | |

## FINAL JUDGMENT

For the reasons stated in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that the Bankruptcy Court's November 16, 2004 Order dismissing Adversary No. 03-4192 is AFFIRMED.

This is a **FINAL JUDGMENT.**

The Clerk shall notify all parties and provide them with a true copy of this Judgment.

SIGNED at Houston, Texas, on this 20th day of September, 2005.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE